UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD THOMAS WALSH, | USDC Case No.: |
| | USDC Judge: |
| Plaintiff, | |
| v | WCCC Case No.: 15-014189-NO |
| | WCCC Judge: Daphne Means Curtis |
| EDWARD JAGST, individually and in his official capacity, JESSICA NUOTTILA, individually and in her official capacity, CRAIG WILSHER, individually and in his official capacity, and DARREN KOSSICK, individually and in his official capacity | |
| Defendants. | |

FARHAT & ASSOCIATES, PLLC
By:    Kyle James Bristow (P77200)
       Helal A. Farhat (P64872)
Attorneys for Plaintiff
6053 Chase Rd.
Dearborn, MI 48126
Phone: (313) 945-5100
Fax: (313) 945-5716
jbristow@saflegal.com

CUMMINGS, McCLOREY, DAVIS & ACHO P.L.C.
By:    James R. Acho (P62175)
Attorneys for Defendant
33900 Schoolcraft Rd.
Livonia, MI 48150
Phone: (734) 261-2400
Fax: (734) 261-4510
jacho@cmda-law.com

## NOTICE OF REMOVAL OF ACTION

NOW COMES the Defendants, EDWARD JAGST, JESSICA NUOTTILA, CRAIG WILSHER, and DARREN KOSSICK, by and through their attorneys,

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., and in support of their Notice of Removal Action, hereby states as follows:

1. That the Defendants were served with a copy of the attached Summons and Complaint by mail on or about November 5, 2015. (Exhibit A).

2. That said Complaint, filed in the Wayne County Circuit Court, alleges that the Plaintiff was deprived of his constitutional rights in violation of 42 U.S.C. §1983.

3. That all Defendants in this matter have been served with process, are being represented by the undersigned, and concur in the filing of this petition.

4. That all of Plaintiff's claims arise under the Constitution and laws of the United States, specifically 42 U.S.C. §1983, and as such are within the original jurisdiction of this United States District Court.

5. That pursuant to 28 U.S.C. §1331 and §1441, removal of this action from State Circuit Court to the United States District Court is proper.

WHEREFORE, Defendants request this Court to grant this Petition for Removal of Action.

Respectfully Submitted,

*/s/ James R. Acho*
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft Rd.
Livonia, MI 48150
(734) 261-2400
Attorneys for Defendants
Email: jacho@cmda-law.com
(P62175)

Dated: November 20, 2015
L:\jar - Jen Richards\Walsh\Walsh v. Canton Notice of Removal.docx

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD THOMAS WALSH, | USDC Case No.: |
| | USDC Judge: |
| Plaintiff, | |
| v | WCCC Case No.: 15-014189-NO |
| | WCCC Judge: Daphne Means Curtis |
| EDWARD JAGST, individually and in his official capacity, JESSICA NUOTTILA, individually and in her official capacity, CRAIG WILSHER, individually and in his official capacity, and DARREN KOSSICK, individually and in his official capacity | |
| Defendants. | |

FARHAT & ASSOCIATES, PLLC
By:   Kyle James Bristow (P77200)
         Helal A. Farhat (P64872)
Attorneys for Plaintiff
6053 Chase Rd.
Dearborn, MI 48126
Phone: (313) 945-5100
Fax: (313) 945-5716
jbristow@saflegal.com

CUMMINGS, McCLOREY, DAVIS & ACHO P.L.C.
By:   James R. Acho (P62175)
Attorneys for Defendant
33900 Schoolcraft Rd.
Livonia, MI 48150
Phone: (734) 261-2400
Fax: (734) 261-4510
jacho@cmda-law.com

## **BRIEF IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

NOW COME the Defendants, EDWARD JAGST, JESSICA NUOTTILA, CRAIG WILSHER, and DARREN KOSSICK, by and through their attorneys,

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., and in support of their Petition for Removal of Action, here by rely upon 28 U.S.C. §1331, §1441, and §1446.

Respectfully Submitted,

/s/ James R. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft Rd.
Livonia, MI 48150
(734) 261-2400
Attorneys for Defendants
Email: jacho@cmda-law.com
(P62175)

Dated: November 20, 2015

L:\jar - Jen Richards\Walsh\Walsh v. Canton Notice of Removal.docx

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record via the Court's e-filing system.

/s/ James R. Acho
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400
E-mail: jacho@cmda-law.com
P-62175

2