UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD THOMAS WALSH,

        Plaintiff,                       Case No. 15-cv-14071
                                               Hon. Mark A. Goldsmith

vs.

EDWARD JAGST, et al.,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND THE FIRST AMENDED FINAL PRETRIAL ORDER (Dkt. 64)

The matter is before the Court on Defendants' Motion for Leave to Amend the First Amended Final Pretrial Order (Dkt. 64). A telephonic hearing on Defendants' motion was held on October 23, 2017. For the reasons stated on the record, the Court grants Defendants' motion. Defendants shall submit an amended Final Pretrial Order by October 26, 2017. Defendants shall make Officer Bentley's personnel file available for review by Plaintiff's counsel only. Any objection to the use of documents in the personnel file shall be brought to the Court's attention no later than October 26, 2017.

        SO ORDERED.

Dated: October 24, 2017                s/Mark A. Goldsmith
Detroit, Michigan                      MARK A. GOLDSMITH
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 24, 2017.

                                                    s/Karri Sandusky
                                                    Case Manager