UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD THOMAS WALSH,

    Plaintiff

    v

Case No. 15-14071
HON. MARK A. GOLDSMITH

EDWARD JAGST, in his official and
personal capacities, JESSICA NUOTTILA,
in her official and personal capacities,
CRAIG WILSHER, in his official and
personal capacities, DARREN KOSSICK,
in his official and personal capacities,

    Defendants

---

## JUDGMENT

The parties, having tried the case before a jury on October 30 and October 31, 2017, and the jury having rendered a unanimous 8-0 Verdict of No Cause in favor of all of the Defendants, this case is hereby dismissed with prejudice.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Edward Jagst, Jessica Nuottila, Craig Wilsher and Darren Kossick and against Plaintiff Edward Walsh.

SO ORDERED.

Dated:  November 9, 2017       s/Mark A. Goldsmith
Detroit, Michigan      MARK A. GOLDSMITH
     United States District Judge

Agreed as to Form Only:


/s/ Kyle James Bristow w/ consent___
KYLE JAMES BRISTOW (P 77200)
Attorney for Plaintiff


/s/ James R. Acho_____
JAMES R. ACHO (P 62175)
Attorney for Defendants


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 9, 2017.

                                            s/Karri Sandusky_____
                                            Case Manager

00594790-1